IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case No.  5:05cr26/MCR
 5:09cv393/MCR/GRJ

MICHAEL EDWARD PAIR

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation filed on March 23, 2012. (Doc. 146). All parties have been furnished copies of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and defendant's objections thereto (doc. 147), I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation (doc. 146) is adopted and incorporated by reference in this order.

2. Defendant's Motion for Leave to Amend (doc. 145) is DENIED.

3. Defendant's Motion to Vacate, Set Aside, or Correct Sentence (doc. 133) is DENIED.

4. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 25th day of May, 2012.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**